**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DESEAN FLOYD** | : | **NO.** 2:25-cv-1815 |
| *Plaintiff* | : | |
| **vs.** | : | (Electronically filed) |
| | : | |
| **UNITED STATES OF AMERICA** | : | JURY DEMANDED |
| *Defendant* | : | |

**CIVIL COMPLAINT:
FEDERAL TORT CLAIMS ACT**

**AND NOW,** Desean Floyd, by and through his attorney, Jason Javie, hereby avers as to the Defendant, United States of America, as follows:

1.      This is a complaint filed under the Tort Claims Act for injuries sustained on September 23, 2023.

2.      Mr. Floyd provided the requisite notice of claim and at least six months has elapsed without the Defendant notifying Mr. Floyd of a denial.

3.      Plaintiff Desean Floyd is an adult individual and resident of Washington DC.

4.      Defendant, United States of America, is a government entity that operates the Bureau of Prisons through the Department of Justice.

5.      The Bureau of Prisons in turns maintains, owns and operates numerous correctional facilities and institutions throughout the United States of America, including the Federal Detention Center located at or about 700 Arch Street in Philadelphia Pennsylvania.

6.      The FDC holds both pretrial detainees as well as certain individuals serving criminal sentences.

7.      At all relevant times, the United States was acting individually and/or

through its employees, agents, assigns, contractors and/or individuals with actual or apparent authority.

## Count 1: Tort Claims Act

8.      All preceding paragraphs are incorporated.

9.      The incident in question occurred on September 23, 2023.

10.     On that date, Mr. Floyd was an inmate confined at the FDC in Philadelphia pursuant to a judgment out of the District of Columbia.

11.     Following a search of Mr. Floyd's cell, a BOP employee identified as Tanksley slammed the door of Mr. Floyd's cell onto Mr. Floyd's finger causing a crushing injury to his hand and fingers.

12.     It is alleged and therefore averred that Tanksley acted intentionally, and/or knowingly and/or recklessly and/or negligently in causing the injury to Mr. Floyd.

13.     It is alleged that the injury in question was foreseeable to Tanksley but he nevertheless acted in a fashion likely to cause injuries to Mr. Floyd.

14.     At the time of the incident, Tanksley was employed by and acting in the scope and course of his duty as a United States employee.

15.     As a result of this incident, Mr. Floyd sustained a crushing injury of parts of his wrist, hand and fingers as well as a fracture to his finger necessitating a surgical correction.

16.     Mr. Floyd was forced to undergo surgical procedures which included the placement of stitches.

17.     Mr. Floyd endured pain, suffering and agony.

18.     The injuries may have left Mr. Floyd with permanent residuals.

19.     Following the incident, Mr. Floyd filed appropriate grievances and took advantage of the administrative procedures available to him seeking a remedy for his injury in the facility.

20.     Mr. Floyd is no longer in the custody of the Bureau of Prisons.

**WHEREFORE**, for all of the foregoing reasons, Mr. Floyd demands judgment against the Defendant, United States of America, for all just and proper damages available under the Federal Tort Claims Act, including compensatory damages, damages for pain, suffering, humiliation and disfigurement, and any other sum or sums available to him under the law.

**Respectfully submitted:**

**Date:** April 8, 2025

*/s/ Jason Javie*

**Jason Javie**
**Attorney for Desean Floyd**
1500 John F. Kennedy Boulevard
Suite 900
Philadelphia, Pennsylvania  19102
(215) 563-7642
(215) 563-9145 (Fax)
jason.javie@crllaw.com